```
JACK GORDON; SBN 169380
1885 The Alameda, Suite 214
San Jose, CA 95126
Tel. (408)286-1351

Attorney for Defendant,
Lorenzo Garcia
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

UNITED STATES OF AMERICA,  No. CR-11-00558-LHK
                                CR-11-00559-LHK
            Plaintiff,

vs.
                                STIPULATION TO CONTINUE
                                AND EXCLUDE TIME;
                                ~~PROPOSED~~ ORDER
LORENZO ISRAEL GARCIA,

            Defendants.
_____/

THE ABOVE LISTED PARTIES STIPULATE AS FOLLOW:

Defendant Garcia is scheduled to be sentenced before the Honorable Lucy H. Koh on 3/27/13 at 9:00 a.m. The parties require a continuance to allow for the completion of the U.S. Probation pre-sentencing report. After communications with the parties and the United States Probation Officer preparing the report it appears that ~~May 29,~~ June 5, 2013 would be an appropriate date for sentencing.

1

The parties respectfully request that the Court continue Garcia's sentencing from March 27, 2013 to ~~May 29,~~ June 5, 2013 at 9:00 a.m.

IT IS SO STIPULATED

Dated: 3/22/13

/s/
_____
Jack Gordon
Attorney for Def. Garcia

Dated: 3/22/13

/s/
_____
Thomas O'Connell
Assistant U.S. Attorney

## [~~PROPOSED~~] ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court orders that the sentencing hearing for defendant Lorenzo Garcia be continued from March 27, 2013 to May 29, 2013 at 9:00 a.m. and that the intervening time be excluded under The Speedy Trial Act.

IT IS SO ORDERED.

DATED: 3/25/13

_____
The Honorable Lucy Koh
District Court Judge